United States District Court
Southern District of Texas
**ENTERED**
March 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON FREEMAN, *et al*, | § § § § § § § § § § § | CIVIL ACTION NO. 4:21-cv-03305 |
| Plaintiffs, | | |
| vs. | | JUDGE CHARLES ESKRIDGE |
| SHELL OIL COMPANY, *et al*, | | |
| Defendants. | | |

### ORDER STAYING PROCEEDINGS

Judge Robert R. Summerhays of the Western District of Louisiana entered an order of stay on March 4, 2022. See *In the Matter of Bully I (Switzerland) GMBH, as owner, and Noble Drilling (US) LLC, as Owner Pro Hac Vice, of the Globetrotter II*, 22-cv-0566 (WD La). It stays "the further prosecution of any pending actions, suits or legal proceedings in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings of any nature and description whatsoever in any court, wheresoever, except in this proceeding for limitation of liability, against Petitioners, its controllers, underwriters, the *GLOBETROTTER II*, in respect to any claim arising out of or in connection with the voyage of the *GLOBETROTTER II* on or about August 29, 2021." Ibid.

An order of this nature requires a stay of these proceedings.

This action is STAYED pending further action by the United States District Court for the Western District of Louisiana.

2

So Ordered.

Signed on March 14, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge